# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| KEITH HALLIBURTON, | ) |
|                 Petitioner, | ) |
| v. | ) Civil Action |
| | ) No. 04-3321-CV-S-GAF |
| ROBERT McFADDEN, et al., | ) |
|                 Respondents. | ) |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition herein for a writ of habeas corpus and has submitted to the undersigned a report and recommendation that the petition for a writ of habeas corpus be dismissed without prejudice.

Petitioner has filed exceptions to the report and recommendation of the Magistrate in which he continues to challenge his sentence. Petitioner reasserts that he is actually innocent of the unconstitutionally enhanced portion of his current federal sentence, and that this Court may possess jurisdiction under § 2441 to address his claim that his sentence is illegal and unconstitutional.

Having fully reviewed the record de novo, the Court agrees with the Magistrate that the petition should be dismissed on the grounds that it is not properly before this Court. Regardless of petitioner's assertions, he has failed to establish at this time that the § 2255 remedy is inadequate or ineffective to address his complaints. The Court notes that this dismissal is without prejudice to petitioner's right, if any,

to bring a challenge under United States v. Booker, 125 S. Ct. 738 (U.S. 2005), in the sentencing court.

Based on the file and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that petitioner's exceptions filed herein be, and they are hereby, CONSIDERED and OVERRULED. It is further

ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: June 6, 2005